IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 23 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JCW INVESTMENTS, INC. (d/b/a Tekky Toys), ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 02 C 4950 |
| v. ) | Judge Gettleman |
| ) | Magistrate Judge Ashman |
| NOVELTY, INC., ) | |
| ) | |
| Defendant. ) | |

To: Greg Smith
Competition Law Group LLC
120 South State Street, Suite 300
Chicago, IL 60603
(smith@competelaw.com)

Notice of Motion

DOCKETED
JUN 12 2004

PLEASE TAKE NOTICE that on Tuesday, June 29, 2004, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert W. Gettleman in Courtroom 1703 and there and then present Defendant's Motion Under F.R.C.P. 58(c)(2) That Plaintiff's Motion Under F.R.C.P. 54(d)(2) For Attorneys Fees Has The Same Effect Under Fed. R. App. P. 4(a)(4) As A Timely Motion Under F.R.C.P. 59, a copy of which is hereby served upon you.

NOVELTY, INC.

By: _____
One of Its Attorneys

Daniel J. Lueders, Esq.
John L. Roberts, Esq.
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5157
Telephone: (317) 634-3456
Facsimile: (317) 637-7561

Michael J. Kelly, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6594

#545538

**FILED**
**JUN 2 3 2004**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JCW Investments, Inc., d/b/a/ Tekky Toys, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Novelty, Inc., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 02C 4950 <br> Judge Gettleman <br> Magistrate Judge Ashman |

**DOCKETED**
**JUL 1 2 2004**

### DEFENDANT'S MOTION UNDER F.R.C.P. 58(c)(2) THAT PLAINTIFF'S MOTION UNDER F.R.C.P. 54(d)(2) FOR ATTORNEYS FEES HAS THE SAME EFFECT UNDER FED. R. APP. P. 4(a)(4) AS A TIMELY MOTION UNDER F.R.C.P. 59

The Court entered Judgment on June 16, 2004. Plaintiff filed a timely motion for attorney fees under F.R.C.P. 54(d)(2). The parties are presently engaged in the attorney fee discovery process provided by L.R. 56.3. Defendant intends to file a Notice of Appeal under Fed. R. App. P. 4(a). To avoid overlapping the appeal process with the attorney fee dispute, and in accordance with F.R.C.P. 58(c)(2) and Fed. R. App. P. 4(a)(4)(A)(iii), defendant requests an Order stating that plaintiff's motion for attorney fees under F.R.C.P. 54(d)(2) has the same effect under Fed. R. App. P. 4(a)(4) as a timely motion under F.R.C.P. 59. The effect of this Order under Fed. R. App. P. 4(a)(4) will be that the time to file an appeal will not begin to run until the entry of the Order disposing of plaintiff's motion under F.R.C.P. 54(d)(2) for attorney fees.

1

Respectfully submitted,

*[signature]*

Daniel J. Lueders
John L. Roberts
Woodard, Emhardt, Moriarty,
McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
(317) 634-3456

Michael J. Kelly, Esq.
Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
(312) 360-3000 (telephone)

*Counsel for Defendant,*
*Novelty, Inc.*

20066-149:JLR:288414

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I emailed a .pdf copy of the foregoing to plaintiff's counsel at:

smith@competelaw.com

On this **23** day of June, 2004.                             _____