**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 1 4 2004

Judge Robert W. Gettleman
United States District Court

| | | |
|---|---|---|
| JCW INVESTMENTS, INC., d/b/a Tekky Toys, | ) | |
| | ) | |
| Plaintiff, | ) | No. 02 C 4950 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| NOVELTY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:  Greg Smith
    Competition Law Group LLC
    120 South State, Suite 300
    Chicago, IL 60603

John L. Roberts
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137

    PLEASE TAKE NOTICE that on Tuesday, December 7, 2004, I forwarded by traceable carrier to the chambers of Judge Robert W. Gettleman for filing, my **Special Master's Affidavit of Disclosure Pursuant to 28 U.S.C. § 455**, a copy of which is hereby served upon you.

Dated: December 7, 2004

*/s/ John W. Cooley*
John W. Cooley
2106 Orrington Ave.
Evanston, Illinois 60201
847-328-7285

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the foregoing Notice of Filing, together with the **Special Master's Affidavit of Disclosure Pursuant to 28 U.S.C. § 455** to be served upon:

Greg Smith
Competition Law Group LLC
120 South State, Suite 300
Chicago, IL 60603

John L. Roberts
Woodard, Emhardt, Moriarty, McNett & Henry LLP
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137

by U.S. mail, postage prepaid, on December 7, 2004.

*John W. Cooley*
John W. Cooley

Dated December 7, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 1 0 2004

DEC 1 4 2004

Judge Robert W. Gettleman
United States District Court

| | |
|---|---|
| JCW INVESTMENTS, INC., d/b/a Tekky Toys, ) | |
| ) | |
| Plaintiff, ) | No. 02 C 4950 |
| ) | |
| v. ) | Judge Robert W. Gettleman |
| ) | |
| NOVELTY, INC., ) | |
| ) | |
| Defendant. ) | |

County of Cook )
            ) ss
State of Illinois )

### SPECIAL MASTER'S AFFIDAVIT OF DISCLOSURE
### PURSUANT TO 28 U.S.C. § 455

John W. Cooley, being duly sworn, on oath deposes and states as follows:

1. I am an attorney, licensed to practice law in the State of Illinois, and I was appointed as special master in this case by Judge Robert W. Gettleman by order dated November 19, 2004 to adjudicate "the fee petition and any claimed fees and costs by plaintiff in connection with prosecuting the fee petition."

2. The appointing order directed me, pursuant to Fed. R. Civ. P. 53(b)(3), to file an affidavit "disclosing whether there is any ground for disqualification under 28 U.S.C. § 455."

3. I have reviewed Fed. R. Civ. P. 53(b)(3) Rule 53 and the grounds for disqualification recited in 28 U.S.C. § 455, and I am not aware of any circumstances or grounds that would preclude me from serving as the appointed special master in this case.

4. In addition, counsel on whom this affidavit is being served, stated to me in a conference

call held on December 6, 2004, that they know of no ground or circumstance that would ethically preclude me from serving as a special master in this case.

FURTHER AFFIANT SAYETH NOT.

*/s/ John W. Cooley*
John W. Cooley

Subscribed and sworn to before me this
7th Day of December 2004,

*/s/ Lucy M. Nesbitt*
Notary Public
State of Illinois
My Commission Expires on 12/21/05.

"OFFICIAL SEAL"
Lucy M. Nesbitt
Notary Public, State of Illinois
Cook County
My Commission Expires 12-21-2005